BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

**INCIDENT REPORT**

FEDERAL BUREAU OF PRISONS

## Part I – Incident Report

Exhibit "1"

| 1. Institution: FCC YAZOO | Incident Report Number: 3042143 |
|---|---|

| 2. Inmate's Name: Landdron-Class Reynaldo | 3. Register Number: 30575-069 | 4. Date of Incident: 10/06/2017 | 5. Time: 9:45AM |
|---|---|---|---|

| 6. Place of Incident: Mail Room | 7. Assignment: C U WH REC | 8. Unit: G2 |
|---|---|---|

| 9. Incident: Possession of stolen property. | 10. Prohibited Act Code(s): 226 |
|---|---|

11. Description of Incident (Date: 10/06/2017 Time: 9:45am Staff became aware of incident) :I UNICOR Distribution Center Warehouse Foreman P. Ross was provided mail from Mail Room staff that belonged to inmate Landron-Class Reynaldo 30575-069. The mail contained stolen clothing that was taken from UNICOR. Inmate Landron was attempting to mail out UNICOR items that were stolen. 2 pair of gym shorts and 2 t-shirts. The prices of these items are as follows:

T-shirts are $3 each for a total of $6
Gym shorts are $5 each for a total of $10

| 12. Typed Name/Signature of Reporting Employee: P. Ross  /P. Ross/ | 13. Date And Time: 10/06/2017 / 3:45 pm |
|---|---|

| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15. Date Incident Report Delivered: 10-7-17 | 16. Time Incident Report Delivered: 3:00 pm |
|---|---|---|

## Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:
I/M LANDRON-CLASS #30575-069 WAS POSITIVELY IDENTIFIED BY THE UDC. COMM TECH VAZQUEZ EXPLAINED HIS RIGHTS IN SPANISH. I/M ADMITTED HE RECEIVED A COPY OF THIS REPORT. I/M WAIVED HIS RIGHTS AND STATED THAT HE DID NOT DO THIS. I/M LANDRON-CLA FURTHER STATED THE ALLEGED STOLEN PROPERTY WAS NOT PROPERTY OF UNICOR.

COMM TECH VAZQUEZ TRANSLATED FOR THIS UDC HEARING.

18. A. It is the finding of the committee that you:
- [ ] Committed the Prohibited Act as charged:
- [ ] Did not commit a Prohibited Act.
- [ ] Committed Prohibited Act Code (s). _____

B. [X] The Committee is referring the Charge(s) to the DHO for further Hearing.

C. [ ] The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:
AS EVIDENCE THE UDC RELIED UPON MR. ROSS' WRITTEN STATEMENT THAT I/M REYNALDO-CLASS WAS MAILING UNICOR CLOTHING OUT OF THE INSTITUTION. UDC ALSO RELIED UPON PHOTOGRAPHS ATTACHED TO THIS REPORT.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):
UDC RECOMMENDS 90 DAYS LOSS OF COMMISSARY, VISITING AND TELEPHONE AS WELL AS LOSS OF GCT IF FOUND GUILTY BY THE DHO FOR CODE 226.

21. Date and Time of Action: 10-12-17 / 2:00 PM (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

W. UPCHURCH
Chairman (Typed Name/Signature)

Member (Typed Name):

Member (Typed Name):

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action, COPY 3-Inmate within 24 hours of Part I Preparation

Prescribed by P5270

Replaces BP-A0288 of AUG 11