U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Landron-Class, Reynaldo__   __30575-069__   __Golf 1__   __FCC Yazoo City__
       LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A—REASON FOR APPEAL

The Incident Report (dated and delivered to Inmate on 10-7-17 at 3:45 pm) was not timely received by Inmate as required under Section 541.5 of Program Statement #5270.09. The date of the alleged incident was October 6, 2017 at 9:45 am. The report was delivered beyond the 24-hour period as proscribed by Program Statement. In addiion, there was improper handling of the envelope and its contents prior to the hearing with the DHO officer. No "chain of custody" was presented at the hearing and the envleope in question had been opened and the contents handled by mutliple staff members and individuals, any one of which could have inserted or added or replaced the alleged contents. This objection was raised to the DHO officer who did not address this issue.

__November 3, 2017__   _[signature: Reynaldo Luh]_
DATE   SIGNATURE OF REQUESTER

Part B—RESPONSE

Exhibit "3"

_____   _____
DATE   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____   _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____   _____   BP-230(13)
DATE         SIGNATURE, RECIPIENT OF REGIONAL APPEAL   APRIL 1982