REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 15, 2017

Exhibit "4".

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : REYNALDO LANDRON-CLASS, 30575-069
      YAZOO CITY FCI     UNT: GOLF 2     QTR: G02-015L
      P.O. BOX 5666
      YAZOO CITY,  MS 39194


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 921717-R1      REGIONAL APPEAL
DATE RECEIVED   : NOVEMBER 13, 2017
SUBJECT 1       : DHO APPEAL - COMBINED (PROCEDURES, EVIDENCE & SANCTIONS)
SUBJECT 2       :
INCIDENT RPT NO: 3042143

REJECT REASON 1: YOUR APPEAL IS UNTIMELY. - REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

Inmate Reynaldo Landron-Class 30575-069
issued on 12-14-17

T. Henderson, Counselor