U.S. Department of Justice                               Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Landron-Class, Reynaldo__    __30575-069__    __Golf 1__    __FCC Yazoo City__
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.         UNIT         INSTITUTION

**Part A—REASON FOR APPEAL**

I am contesting the "Rejection Notice - Administrative Remedy" dated 11/15/2017, wherein my regional appeal (Remedy ID #921717-R1) was rejected based on a technicality, as untimely. The appeal was placed in the inmate mail box located at the FCC Yazoo City camp (in Unit G1) on November 3, 2017. It was received by the Southeast Regional Office on November 13, 2017, ten (10) days after mailing. As inmates have zero control over "when" the mail leaves the inmate mail box in the unit, the "mailbox rule" should apply in this administrative remedy appeal. Please reconsider this pending appeal for administrative remedy based on the timely filing (i.e. placement in the inmate mailbox) as of November 3, 2017.

__January 2, 2018__                                     _[signature] Reynaldo Landron_
       DATE                                                SIGNATURE OF REQUESTER

**Part B—RESPONSE**

Exhibit "5"

RECEIVED
JAN 16 2018
Administrative Remedy Section
Federal Bureau of Prisons

_____                                         GENERAL COUNSEL
    DATE                                                CASE NUMBER: __921717-A1__
ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**                                      CASE NUMBER: _____

Return to: _____    _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT      INSTITUTION

SUBJECT: _____

_____                         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL      BP-231(13)
    DATE                                                                                     APRIL 1982
USP LVN