REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 26, 2018

Exhibit "6"

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO   : REYNALDO LANDRON-CLASS, 30575-069
       YAZOO CITY FCI     UNT: GOLF 2     QTR: G02-015L
       P.O. BOX 5666
       YAZOO CITY, MS 39194


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 921717-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED    : JANUARY 16, 2017
SUBJECT 1        : DHO APPEAL - COMBINED (PROCEDURES, EVIDENCE & SANCTIONS)
SUBJECT 2        :
INCIDENT RPT NO: 3042143

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS        : IF STAFF PROVIDE A MEMO STATING LATE FILING WAS NOT
                 YOUR FAULT, THEN RESUBMIT TO THE LEVEL OF THE
                 ORIGINAL REJECTION.


received 2-5-18

Delivered to inmate by:
A. Landers, Camp Secretary
on 2-5-2018.

[signature] 2/5/2018

X: [signature]
Date 2/5/2018