```
YAZVL            *         PUBLIC INFORMATION         *      01-03-2020
PAGE 001         *            INMATE DATA             *        11:05:41
                           AS OF 01-03-2020

REGNO..: 30575-069 NAME: LANDRON-CLASS, REYNALDO

                   RESP OF: YAZ
                   PHONE..: 662-751-4800    FAX: 662-751-4958
                                            RACE/SEX...: BLACK / MALE
                                            AGE:  49
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 08-30-2022                     PAR HEAR DT:




G0002         MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT A

```
 YAZVL           *           PUBLIC INFORMATION          *       01-03-2020
PAGE 002         *              INMATE DATA              *       11:05:41
                              AS OF 01-03-2020


REGNO..: 30575-069 NAME: LANDRON-CLASS, REYNALDO

                  RESP OF: YAZ
                  PHONE..: 662-751-4800    FAX: 662-751-4958
HOME DETENTION ELIGIBILITY DATE: 02-28-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-30-2022 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: PUERTO RICO
DOCKET NUMBER..................: 09-CR-329-01(FAB)
JUDGE..........................: BESOSA
DATE SENTENCED/PROBATION IMPOSED: 11-09-2010
DATE COMMITTED.................: 02-01-2011
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                   FELONY ASSESS    MISDMNR ASSESS    FINES         COSTS
NON-COMMITTED.:    $100.00          $00.00            $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:841(A)(1) CONSPIRACY TO POSSESS WITH THE INTENT TO
         DISTRIBUTE 676.50 GRAMS OF OXYCODONE COUNT 1.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   240 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 NEW SENTENCE IMPOSED...........:   210 MONTHS
 BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
 DATE OF OFFENSE................: 09-04-2007




G0002        MORE PAGES TO FOLLOW . . .
```

```
   YAZVL            *        PUBLIC INFORMATION           *      01-03-2020
PAGE 003 OF 003 *              INMATE DATA                *      11:05:41
                             AS OF 01-03-2020


REGNO..: 30575-069 NAME: LANDRON-CLASS, REYNALDO

                      RESP OF: YAZ
                      PHONE..: 662-751-4800   FAX: 662-751-4958
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-04-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-14-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-09-2010
TOTAL TERM IN EFFECT............:    210 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    17 YEARS      6 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-2007

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     09-05-2007   11-08-2010

TOTAL PRIOR CREDIT TIME.........: 1161
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 917
TOTAL GCT EARNED................: 621
STATUTORY RELEASE DATE PROJECTED: 08-30-2022
EXPIRATION FULL TERM DATE.......: 03-04-2025
TIME SERVED.....................:    12 YEARS      4 MONTHS      1 DAYS
PERCENTAGE OF FULL TERM SERVED..:  70.4

PROJECTED SATISFACTION DATE.....: 08-30-2022
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```