REJ      SIG        YOU DID NOT SIGN YOUR REQUEST OR APPEAL.


REJ      UTA        YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS MUST BE
                    RECEIVED WITHIN 30 DAYS OF THE REGIONAL DIRECTOR'S
                    RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.


REJ      UTF        YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                    MUST BE RECEIVED WITHIN 20 DAYS OF THE EVENT COMPLAINED
                    ABOUT.


REJ      UTR        YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS MUST BE
                    RECEIVED WITHIN 20 DAYS OF THE WARDEN'S OR CCM'S
                    RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.


REJ      WRL        YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE WRONG LEVEL
                    OR WRONG OFFICE.

**GOVERNMENT
EXHIBIT
C**