IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

REYNALDO LANDRON-CLASS                                              PETITIONER
REG. NO. 30575-069

V.                                              CIVIL ACTION NO. 3:19-cv-778-CWR-FKB

WARDEN STEPHEN REISER                                               RESPONDENT
_____

NOTICE OF APPEARANCE
_____

Andrew Norwood, Assistant United States Attorney, enters his appearance as co-counsel for Defendant United States of America in the above-captioned civil action. All pleadings, papers, and documents required to be served in this action on Defendant should be served on the above-named appearing counsel.

Dated: May 7, 2021            Respectfully submitted,

                                      DARREN J. LAMARCA
                                      Acting United States Attorney

                     By:   *s/ Andrew R. Norwood*
                           Jessica Bourne (MSB No. 103922)
                           Andrew R. Norwood (MSB No. 105087)
                           Assistant United States Attorney
                           United States Attorney's Office
                           501 East Court Street, Suite 4.430
                           Jackson, Mississippi 39201
                           Telephone: (601) 965-4480
                           Facsimile: (601) 965-4032
                           *Jessica.Bourne@usdoj.gov*
                           *Drew.Norwood@usdoj.gov*

## CERTIFICATE OF SERVICE

I, Andrew R. Norwood, Assistant United States Attorney, hereby certify that, on this date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that, on this date, I caused a true copy of the foregoing document to be mailed *via* United States Postal Service, postage prepaid, to the *pro se* petitioner at the following address:

*Pro Se* Petitioner:
Reynaldo Landron-Class
Reg. No. 30575-069
Federal Correctional Complex Yazoo City (Low)
P.O. Box 5000
Yazoo City, MS 39194

Dated: May 7, 2021.                    *s/ Andrew R. Norwood*
                                       ANDREW R. NORWOOD
                                       Assistant United States Attorney