UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

REYNALDO LANDRON-CLASS,                                             PLAINTIFF
#30575-069

V.                                         CIVIL ACTION NO. 3:19-CV-778-KHJ-FKB

WARDEN CHRISTOPHER
RIVERS, ET AL.                                                      DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge F. Keith Ball. [27]. That Report recommends that the Court dismiss Plaintiff Reynaldo Landron-Class's petition for habeas corpus as moot. Written objections to the Report were due by February 28, 2022. The Report notified the parties that failure to file written objections to the findings and recommendations by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

When no party has objected to a magistrate judge's report and recommendation, the Court need not review it de novo. 28 U.S.C. § 636(b)(1). In such cases, the Court can apply the clearly erroneous, abuse of discretion, and contrary to law standards of review. *See United States v. Brigham*, 569 F.3d 220, 228 (5th Cir. 2009) (citation omitted).

Landron-Class brings this habeas action asserting that he wrongfully lost 27 days of good conduct time after a disciplinary charge and allegedly inadequate process. *See* Pet. [1]. Yet, Landron-Class is no longer in the custody of the Bureau of

Prisons. *See* [27]. As a result, the Magistrate Judge correctly found the case moot. *Id.* Because the Report and Recommendation is neither clearly erroneous nor contrary to law, the Court should adopt it as the opinion of this Court.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Report and Recommendation [27] of United States Magistrate Judge F. Keith Ball, entered in this cause should be, and the same is, adopted as the finding of this Court.

IT IS, FURTHER, ORDERED AND ADJUDGED that this case is DISMISSED as moot.

A separate Final Judgment will issue this day.

SO ORDERED, this the 15th day of March, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE